No. 82–1369.   WESTERN COAL TRAFFIC LEAGUE ET AL. v. UNITED STATES ET AL.   C. A. 3d Cir.   Motion of Consumer Owned Power Coalition for leave to file a brief as *ami-*

*cus curiae* granted. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this motion and this petition.